NO. 07-11-00277-CR
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL A
 
--------------------------------------------------------------------------------
DECEMBER 16, 2011
--------------------------------------------------------------------------------

 
 JAMES DARIN MEACHAM, APPELLANT
 
 v.
 
 THE STATE OF TEXAS, APPELLEE 
--------------------------------------------------------------------------------

 
 FROM THE 207TH DISTRICT COURT OF COMAL COUNTY;
 
 NO. CR2010-425; HONORABLE DIB WALDRIP, JUDGE
--------------------------------------------------------------------------------

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

 MEMORANDUM OPINION
 Appellant, James Darin Meacham, appeals from a judgment convicting him of unauthorized use of a motor vehicle. Due to a defect in the trial court's certification of defendant's right of appeal, this Court abated the case and remanded it back to the trial court to cure the defect. See Meacham v. State, No. 07-11-0277-CR, 2011 Tex.App. LEXIS 7508 (Tex.App. -- Amarillo Sept. 14, 2011) (order). In response, this Court received a supplemental clerk's record that contains an Amended Certification of Defendant's Right of Appeal that indicates that appellant has waived his right of appeal. This certification is in the proper form, is signed by appellant, and is supported by the record. 
 By letter dated November 9, 2011, this Court notified appellant that the certification reflected that appellant had no right of appeal. By this letter, the Court further notified appellant failure to file an amended certification showing a right of appeal or other grounds for continuing the appeal on or before December 9, 2011, would result in dismissal of the appeal pursuant to Rule 25.2(a)(2) and (d) of the Texas Rules of Appellate Procedure. No response or amended certification reflecting appellant's right of appeal has been made part of the record.
 Consequently, the appeal is dismissed.

 Mackey K. Hancock
 Justice

Do not publish.